THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEMPLE B'NAI TORAH, a Washington nonprofit corporation, and SEATTLE HOUSING AND RESOURCE EFFORT, a Washington nonprofit corporation,<br><br>Plaintiffs,<br><br>and<br><br>THE CHURCH COUNCIL OF GREATER SEATTLE, a Washington nonprofit corporation,<br><br>Plaintiff in Intervention,<br><br>v.<br><br>CITY OF BELLEVUE,<br><br>Defendant. | CASE NO. C05-1921-JCC<br><br>ORDER EXTENDING CONSENT DECREE FOR TWO YEARS |

This matter comes before the Court on the parties' stipulation to extend the consent decree entered in this case (Dkt. No. 70). On January 27, 2006, this Court entered a consent decree (Dkt. No. 64) pertaining to temporary encampments on Plaintiff Temple B'nai Torah's property. The Court retained jurisdiction to enforce the consent decree for 10 years, or until January 27, 2016. (Dkt. No. 65.) The Court subsequently granted two one-year extensions. (Dkt.

Nos. 67, 69.) The consent decree is currently set to expire on January 27, 2018. (Dkt. No. 70 at 2.) The parties now jointly stipulate to a two-year extension. (*Id*.)

The Court hereby EXTENDS the consent decree (Dkt. No. 64) for an additional two years. The consent decree will remain in effect until January 27, 2020. The Court shall retain jurisdiction to enforce the consent decree until January 27, 2020.

DATED this 25th day of January 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE